UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

THOMAS FRANKLIN MULLINS,

    Plaintiff,                                   Case No. 1:20-cv-602

v.                                                   Honorable Hala Y. Jarbou

GRETCHEN WHITMER, et al.,

    Defendants.
_____/

## ORDER

On November 24, 2020, Magistrate Judge Sally J. Berens issued a Report and Recommendation (R&R) (ECF No. 23) recommending that Defendants' motion to dismiss (ECF No. 15) be granted**,** that this case be dismissed, and that Plaintiff's motion for summary judgment (ECF No. 17) be denied.  The R&R was duly served on the parties.  No objections have been filed, and the deadline for doing so expired on December 8, 2020.  On review, the Court concludes that the R&R correctly analyzes the issues and makes a sound recommendation.  Accordingly:

**IT IS ORDERED** that the R&R (ECF No. 23) is **APPROVED** and **ADOPTED** as the opinion of the Court.

**IT IS FURTHER ORDERED** that Defendants' motion to dismiss (ECF No. 15) is **GRANTED** and that this case is **DISMISSED**.

**IT IS FURTHER ORDERED** that Plaintiff's motion for summary judgment (ECF No. 17) is **DENIED**.

A judgment will enter in accordance with this Order.

Date:   December 16, 2020                       /s/ Hala Y. Jarbou
                                                                 HALA Y. JARBOU
                                                                 UNITED STATES DISTRICT JUDGE